UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC<br>    Plaintiff<br><br>v.<br><br>DOES 1-79<br>    Defendant | Case No. 3:13-cv-134 |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 14, 2015.

      KEITH THROCKMORTON, CLERK

      /s/ Debby Sawyer